THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Matthew Barnes, Appellant.
 
 
 

Appeal From Lancaster County
 James R. Barber, III, Circuit Court Judge

Unpublished Opinion No. 2005-UP-546
Submitted October 3, 2005  Filed October 12, 2005   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, of Columbia, and Solicitor John R. Justice, of Chester, for Respondent.
 
 
 

PER CURIAM:  Matthew Barnes appeals his convictions and concurrent sentences of five years and two years for receiving stolen goods in an amount greater than $5,000.00 and for failure to stop for a blue light.  His counsel contends the trial court failed to adequately inform him of the constitutional rights he waived by entering a guilty plea. After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Barnes appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
ANDERSON, HUFF, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.